**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:  (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Mr. Smith

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2429 |
| Plaintiff, ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| MATTHEW ALEXSANDER SMITH, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,


Dated: August 11, 2008              *s/ ANDREW LAH*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Smith

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ2429 |
| 12 Plaintiff, | ) | |
| 13 v. | ) | **PROOF OF SERVICE** |
| 14 **MATTHEW ALEXSANDER SMITH,** | ) | |
| 15 Defendant. | ) | |

16

17    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20    **Assistant United States Attorney**
   efile.dkt.gc1@usdoj.gov
21

22 Dated: August 11, 2008                              *s/ ANDREW LAH*
                                                      **ANDREW LAH**
23                                                    Federal Defenders of San Diego, Inc.,
                                                      andrew_lah@fd.org
24

25

26

27

28