FILED

08 AUG 13 PM 4:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

08 CR 2716 H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(ii) - |
| MATTHEW ALEXANDER SMITH, | ) | Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., |
| Defendant. | ) | Sec. 2 - Aiding and Abetting; Title 8, U.S.C., |
| | ) | Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without |
| | ) | Presentation; Title 18, U.S.C., Sec. 1544 - Misuse of Passport |
| | ) | (Felony); Title 18, U.S.C., Secs. 1028(a)(7) and |
| | ) | (b)(1)(A)(I) - Use of a False Means of Identification |

The grand jury charges:

### Count 1

On or about August 4, 2008, within the Southern District of California, defendant MATTHEW ALEXANDER SMITH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Delfino Garcia-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

LC:fer:San Diego
8/12/08

1

<u>Count 2</u>

2  On or about August 4, 2008, within the Southern District of
3  California, defendant MATTHEW ALEXANDER SMITH, with the intent to
4  violate the immigration laws of the United States, knowing and in
5  reckless disregard of the fact that an alien, namely, Delfino Garcia-
6  Garcia, had not received prior official authorization to come to,
7  enter and reside in the United States, did bring to the United States
8  said alien and upon arrival did not bring and present said alien
9  immediately to an appropriate immigration officer at a designated port
10 of  entry;  in  violation  of  Title  8,  United  States  Code,
11 Section 1324(a)(2)(B)(iii).

12

<u>Count 3</u>

13  On or about August 4, 2008, within the Southern District of
14 California, defendant MATTHEW ALEXANDER SMITH, with the intent to
15 violate the immigration laws of the United States, knowing and in
16 reckless disregard of the fact that an alien, namely, Fortino Garcia-
17 Garcia, had not received prior official authorization to come to,
18 enter and reside in the United States, did bring to the United States
19 said alien for the purpose of commercial advantage and private
20 financial gain; in violation of Title 8, United States Code,
21 Section  1324(a)(2)(B)(ii),  and  Title  18,  United  States  Code,
22 Section 2.

23 //
24 //
25 //
26 //
27 //
28 //

Count 4

On or about August 4, 2008, within the Southern District of California, defendant MATTHEW ALEXANDER SMITH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fortino Garcia-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 5

On or about August 4, 2008, within the Southern District of California, defendant MATTHEW ALEXANDER SMITH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Gama-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

3

Count 6

On or about August 4, 2008, within the Southern District of California, defendant MATTHEW ALEXANDER SMITH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Francisco Gama-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 7

On or about August 4, 2008, within the Southern District of California, defendant MATTHEW ALEXANDER SMITH, did willfully and knowingly use a United States passport, issued and designed for use of another in the following manner, to wit: defendant presented a United States passport to a federal officer, claiming to be Zachary Everett Moody, a United States, knowing full well that he was not; in violation of Title 18, United States Code, Section 1544, a felony.

//
//
//
//
//
//
//
//
//

4

1

<u>Count 8</u>

2      On or about August 4, 2008, within the Southern District of

3  California, defendant MATTHEW ALEXANDER SMITH, did knowingly use, in

4  or affecting interstate or foreign commerce, without lawful authority,

5  a means of identification of another person, to wit, a United States

6  Passport in the name of Zachary Everett Moody, with the intent to

7  commit, or to aid and abet, or in connection with, any unlawful

8  activity that constitutes a violation of federal law, to wit,  bring

9  to the United States said alien for the purpose of commercial

10 advantage and private financial gain in violation of Title 8, United

11 States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States

12 Code, Section 2; all in violation of Title 18, United States Code,

13 Sections 1028(a)(7) and (b)(1)(A)(I).

14      DATED: August 13, 2008.

15                                          A TRUE BILL:

16

17

18                                          Foreperson

19 KAREN P. HEWITT
   United States Attorney

20

21 By:  _____
        CHARLOTTE E. KAISER

22      Assistant U.S. Attorney

23

24

25

26

27

28

5